WELSBACH LIGHT CO. v. CREMO INCANDESCENT LIGHT CO. (Circuit Court of Appeals, Second Circuit. February 26, 1907.) No. 123. Appeal from the Circuit Court of the United States for the Southern District of New York. Thos. W. Bakewell and Thos. B. Kerr, for appellant. Louis Hicks, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree of Circuit Court (145 Fed. 521) affirmed, with costs.

---

THE WYOMING. (Circuit Court of Appeals, Second Circuit. January 30, 1907.) No. 127. Appeal from the District Court of the United States for the Southern District of New York. Herbert Green, and Wilcox & Green, for appellant. Chas. C. Burlingham and Wing, Putnam & Burlingham, for appellees. Before Judges WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decree of District Court (145 Fed. 735) affirmed, with interest and costs.

---

YOST v. UNION PAC. R. CO. (Circuit Court of Appeals, Eighth Circuit. December 4, 1906.) No. 2177. In Error to the Circuit Court of the United States for the Western District of Missouri. Jules C. Rosenberger and Jacob L. Lorie, for plaintiff in error. N. H. Loomis and I. N. Watson, for defendant in error.

PER CURIAM. Reversed, at costs of plaintiff in error, and remanded, with directions to enter a dismissal without prejudice, on authority of the case of Francisco v. Chicago & Alton Railroad Co. (C. C. A.) 149 Fed. 354.